IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFFI KHATCHADOURIAN<br>The New Yorker<br>1 World Trade Center, 23rd Floor<br>New York, NY 10007<br><br>*Plaintiff,*<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Litigation Division, Office of General<br>Counsel,<br>Washington, DC 20505<br><br>*Defendant.* | Civil Action No. _____ |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1. Plaintiff, Raffi Khatchadourian, brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, against Defendant Central Intelligence Agency ("CIA"), seeking disclosure of historical documents related to whaling in the 1970s and 1980s.

2. Defendant CIA violated FOIA by failing to make a determination on Plaintiff's November 11, 2022 and August 16, 2023 FOIA requests within the time period required by statute. 5 U.S.C. §§ 552(a)(6)(A)(i), (B)(i)–(iii). Plaintiff therefore requests declaratory relief that the CIA has violated FOIA, and injunctive relief requiring it to immediately process and release the requested records.

**Jurisdiction and Venue**

3. This Court has subject matter jurisdiction under 5 U.S.C. §§ 552(a)(4)(B), (a)(6)(C)(i).

4. FOIA confers jurisdiction on the U.S. District Court for the District of Columbia to adjudicate complaints arising under FOIA, regardless of the plaintiff's residency. Venue thus lies in this district under 5 U.S.C. § 552(a)(4)(B).

## Parties

5. Plaintiff is a staff writer at *The New Yorker*, where he covers science, art, politics, foreign affairs, and national security. *See* Raffi Khatchadourian, *The New Yorker*, https://www.newyorker.com/contributors/raffi-khatchadourian (last accessed Nov. 11, 2023). Plaintiff is also the author of a forthcoming book, whose publication deadline is fast approaching.

6. Defendant CIA is an agency within the meaning of the FOIA, 5 U.S.C. § 552(f)(1), with possession, custody, and control of the requested records.

## Plaintiff's November 23, 2022 FOIA Request

7. The International Whaling Commission ("IWC") is a multilateral body responsible for conducting whaling diplomacy and managing global whale stocks. *See* International Whaling Commission, NOAA Fisheries, https://www.fisheries.noaa.gov/international-affairs/international-whaling-commission (last updated Aug. 14, 2023).

8. On November 23, 2022, Plaintiff submitted a FOIA request to the CIA seeking records related to: (1) IWC activities between 1977 and 1982; (2) whales or whaling, generated between 1974 and 1982 and cleared for previous release; and (3) non-IWC, or so-called "pirate" whaling, including but not limited to two foreign registered ships, the M/V Sierra and the M/V Tonna, that operated in the 1970s, and the companies that controlled them.

9.     Plaintiff's FOIA request provided factual background, explaining that the Tonna and Sierra, whose involvement in non-IWC whaling is well documented, sank in 1978 and 1980, respectively. The request further explained that both ships were discussed in many State Department cables from the time period covered by the request that are currently accessible online.

10.    The CIA acknowledged receipt of the request on December 15, 2022, and assigned it the reference number F-2023-00380.

11.    To date, Plaintiff has received no further correspondence from the CIA, nor has he received any responsive nonexempt records.

12.    Under FOIA, the CIA was obligated to respond to Plaintiff's November 23, 2022 FOIA request within 20 working days from the date of receipt on December 15, 2022. 5 U.S.C. § 552(a)(6)(A)(i).

13.    Because the CIA has failed to make a determination on Plaintiff's November 23, 2022 FOIA request, Plaintiff has constructively exhausted administrative remedies. 5 U.S.C. §§ 552(a)(6)(A)(i), (B)(i)–(iii). Accordingly, this matter is properly before the Court.

## Plaintiff's August 16, 2023 FOIA Request

14.    On August 16, 2023, Plaintiff filed a second FOIA request with the CIA seeking files pertaining to James Ralph Rose, Jr., a military veteran who is now deceased. Plaintiff's request provided relevant background information. The request also provided documentation of Rose's death and a Privacy Act waiver signed by a living relative of Rose.

15.    The CIA acknowledged receipt of the request on September 12, 2023, and assigned it the reference number F-2023-01916.

16. Under FOIA, the CIA was obligated to respond to Plaintiff's August 16, 2023 FOIA request within 20 working days from the date of receipt on September 12, 2023. 5 U.S.C. §§ 552(a)(6)(A)(i), (B)(i)–(iii).

17. To date, Plaintiff has received no further correspondence from the CIA, nor has he received any responsive nonexempt records, notwithstanding several attempts to contact the agency through the number it provided in its acknowledgment letter.

18. Because the CIA failed to make a determination on Plaintiff's August 16, 2023 FOIA request within 20 working days, Plaintiff has constructively exhausted administrative remedies. 5 U.S.C. §§ 552(a)(6)(A)(i), (B)(i)–(iii). Accordingly, this matter is properly before the Court.

## PLAINTIFF'S CLAIM FOR RELIEF

**CIA Is Unlawfully Withholding Records Responsive to Plaintiff's FOIA Requests**

19. Plaintiff repeats and realleges the preceding paragraphs as if they were fully set forth herein.

20. In his November 23, 2022 and August 16, 2023 FOIA requests, Plaintiff properly requested records within the possession, custody, and control of Defendant CIA.

21. Defendant failed to make a determination on whether, or to what extent, it would fulfill either of Plaintiff's requests within the 20-day statutory timeframe. 5 U.S.C. § 552(a)(6)(A)(i).

22. Defendant is unlawfully withholding records responsive to Plaintiff's November 23, 2022 and August 16, 2023 FOIA requests in violation of FOIA.

23. Because Defendant failed to make a determination on either of Plaintiff's FOIA requests, Plaintiff has constructively exhausted administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i).

24. Plaintiff is therefore entitled to injunctive and declaratory relief requiring Defendant to immediately process and disclose all requested records.

## Relief Requested

WHEREFORE, Plaintiff Raffi Khatchadourian respectfully asks that this Court:

1. Declare Defendant CIA in violation of FOIA, 5 U.S.C. § 552(a)(6)(A)(i), (a)(6)(B)(i);

2. Order Defendant to immediately process Plaintiff's November 23, 2022 and August 16, 2023 FOIA requests and disclose all responsive nonexempt records;

3. Retain jurisdiction over this action to ensure that no agency records are wrongfully withheld;

4. Award Plaintiff attorney's fees and costs;

5. Grant other such relief that this Court may deem just and proper.

Date: November 24, 2023                     Respectfully Submitted,

                                                                           */s/ Jeffrey S. Gutman*

                                                         Jeffrey Gutman (D.C. Bar No. 416954)
Anne Weismann (D.C. Bar No. 298190)
Charles Brandt (LCvR 83.4 Student-Attorney)
Public Justice Advocacy Clinic
The George Washington University Law School
2000 G Street NW
Washington, DC 20052

Telephone: 202-994-5797
Fax: 202-994-3362
jgutman@law.gwu.edu