UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFFI KHATCHADOURIAN, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 23-3520 (CJN) |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION

Defendant the Central Intelligence Agency ("CIA") respectfully files this notice attaching the Supplemental Declaration of Mary C. Williams, submitted in further support of Defendant's motion for summary judgment (ECF No. 19) and response in opposition to Plaintiff's cross motion for summary judgment (ECF No. 31) in this Freedom of Information Act ("FOIA") case brought by Plaintiff, Raffi Khatchadourian, which seeks to compel the release of records responsive to Plaintiff's November 23, 2022 and August 16, 2023 FOIA requests.

On June 17, 2025, the Court held a motion hearing to address the parties' above-mentioned cross-summary judgment motions. *See* June 2, 2025 Min. Order. The Court requested the CIA to provide a supplemental declaration to address questions the Court raised at the motion hearing as to which parts of the Plaintiff's FOIA requests addressed topics with which the CIA had previously acknowledged a relationship. The CIA's supplemental declaration addressing this question is attached and briefly summarized below.

As to Plaintiff's November 23, 2022 Request ("November 2022 Request"), Ms. William's supplemental declaration provides that the CIA conducted a search for records responsive to any

part of the November 2022 Request that would reveal an acknowledged CIA relationship with, or interest in, the subject of this November 2022 Request and gathered eight records. *See* Supplemental Williams Decl. ¶¶ 12-13. The CIA, however, cannot confirm or deny whether it has responsive records the existence or nonexistence of which would reveal any unacknowledged CIA relationship with, or interest in, the subjects of the November 2022 FOIA request that goes beyond any relationship or interest acknowledged by the eight records gathered and produced in response to this request. *See id.* ¶ 13.

Likewise, for Plaintiff's August 16, 2023 FOIA Request ("August 2023 Request"), the CIA, again, did a search for any records that would reveal—as to Part 1 of this request—an acknowledged relationship between the CIA and "Mr. Rose's involvement with the CIA in Vietnam" and "records about his activities with the CIA in the [1970s], as a contractor of some kind." *See id.* ¶ 14. The CIA found no responsive records. *See id.* The CIA, however, cannot confirm or deny whether it has records the existence or nonexistence of which would reveal any unacknowledged relationship between the CIA and the topics in Parts 1of this request. *See id.* ¶¶ 15. As to Part 2 of this request, the CIA cannot acknowledge the existence or non-existence of records responsive to this request for records that "constitute or describe the help that the CIA provided to the FBI in the Rose investigation," which would itself disclose whether the CIA has intelligence in Mr. Rose or his illicit operations, the disclosure of which would compromise national security interests. *See id.* ¶ 21.

\*   \*   \*

Dated: August 8, 2025  
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:       */s/ Anna D. Walker*  
     ANNA D. WALKER  
     Assistant United States Attorney  
     601 D Street, NW  
     Washington, DC 20530  
     (202) 252-2544

*Attorneys for the United States of America*